# EXHIBIT "H"

Page 1

1
2    IN THE UNITED STATES DISTRICT COURT
3    NORTHERN DISTRICT OF GEORGIA
4    ROME DIVISION
5    INDEX NO.:  4:05-CV-273-HLM
6    - - - - - - - - - - - - - - - - - - - -x
     RUBY MANN, as Administrator of the
7    Estate of MELINDA NEAL FAIRBANKS
     and as Guardian of Haley Nicole
8    Fairbanks, et al.,
9                  Plaintiffs,
10
                   -against-
11
     TASER INTERNATIONAL, INC., HAMILTON
12   EMERGENCY MEDICAL SERVICES, INC.
     d/b/a WHITFIELD COUNTY EMERGENCY
13   MEDICAL SERVICES, et al.,
14                 Defendants.
15   - - - - - - - - - - - - - - - - - - - -x
16
17          DEPOSITION of CHARLES WETLI, M.D., taken by
18   Plaintiffs at the offices of Fink & Carney Reporting
19   and Video, 39 West 37th Street, 6th Floor, New York,
20   New York 10018, on Monday, April 7, 2008 commencing at
21   9:00 a.m., before I. Iris Cooper, a Certified
22   Shorthand (Stenotype) Reporter and Notary Public
23   within and for the State of New York.
24
25

Page 30

1         Wetli, M.D.
2     Form.
3         THE WITNESS: I can say that
4     there are numerous causes of excited
5     delirium which all wind up
6     presenting the same way, whether
7     it's due to cocaine, PCP,
8     amphetamines, schizophrenia, manic
9     depressive illness, or meningitis.
10    Q    And so the mechanism, though, is
11  the same in manifesting itself as excited
12  delirium. I mean, you don't necessarily have to
13  have consumed methamphetamine. You could just
14  have paranoid schizophrenia, for example, and
15  manifest itself as excited delirium or
16  predispose yourself to excited delirium?
17    A    True.
18    Q    And whether or not it is a
19  predisposition due to paranoid schizophrenia or
20  say to methamphetamine for excited delirium, an
21  elevated heart rate due to adrenaline is the
22  pathway; correct?
23        MR. BRAVE: Objection.
24    Form.
25    Q    Of death, for fatality? Let me

Page 31

1         Wetli, M.D.
2  rephrase it.
3    A    Please.
4    Q    This is where I'm less than
5  scientifically or grammatically precise as
6  perhaps you're comfortable with. Would you
7  agree with a lay definition that in both cases,
8  with or without drugs, that when a patient dies
9  of excited delirium, they essentially OD on
10  adrenaline?
11        MR. BRAVE: Objection.
12    Form.
13        THE WITNESS: That is a
14     simplistic way of looking at it, but
15     in general, yes.
16    Q    That's something a jury may
17  understand without going through the detail
18  about the neurotransmitters and the dopamine and
19  various more precise medical function, but it's
20  accurate; correct?
21    A    Correct.
22    Q    Doctor, a patient that is
23  manifesting excited delirium symptoms, there is
24  nothing wrong with their sensory nerve system;
25  is that correct?

Page 32

1         Wetli, M.D.
2         MR. BRAVE: Objection.
3     Form.
4         THE WITNESS: No, not at
5     all.
6    Q    Are you stating that excited
7  delirium causes a nerve block or is anesthetic?
8    A    No, I'm not saying that at all.
9    Q    Can you provide to me, sir, any
10  peer review studies that have been published
11  that would conclude or even suggest that a
12  person suffering or manifesting symptoms of
13  excited delirium feel no pain?
14    A    It's been reported numerous times
15  in the literature that that's one of the
16  characteristics is that they are impervious to
17  pain.
18    Q    Isn't it true that they simply
19  react different to pain; it's not that they feel
20  no pain?
21    A    Well, they do not react to pain.
22  They are impervious to pain. That's as far as
23  anybody can go with it, unless you happen to be
24  the individual who can talk about it later.
25    Q    Well, behavioral disordered

Page 33

1         Wetli, M.D.
2  children react differently to pain, do they not?
3    A    I don't know.
4    Q    But we protect them with helmets.
5  The mentally ill, do they not react differently
6  to pain, but we protect them in institutions?
7  We don't just conclude they feel no pain; isn't
8  that accurate, Doctor?
9    A    I don't know what the perception
10  of pain is in the mentally retarded or anything
11  like that. I have no idea. I know that they
12  have protective gear many times. But as to
13  their perception of pain, that's beyond my area
14  of expertise.
15    Q    But we'll agree, at least, that
16  the excited delirium does not anesthetize and/or
17  cause sensory nerve blocks; correct?
18        MR. BRAVE: Objection.
19    Form.
20        THE WITNESS: I don't know
21     what you mean by central nerve
22     blocks. All I can tell you is that
23     their perception of pain is
24     obviously altered in that they do
25     not respond to any pain.

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018           (800) NYC-FINK * Fax: (212) 869-3063

Page 118

1           Wetli, M.D.
2  rapidly the hypothermia develops after its
3  administration.  If a drug is given that is
4  known to result in hypothermia, then you would
5  obviously have to consider the contributory
6  effect of that drug, yes.
7       Q    Would you consider the
8  contributory effect of the warming blankets?
9       A    Not particularly.  It's not going
10 to help a person with hypothermia, but it's
11 probably not going to aggravate it all that much
12 when you're talking about those kinds of body
13 temperatures.
14      Q    Do muscle contractions cause the
15 release of lactic acid in the blood stream?
16      A    It can, yes.
17      Q    Do you understand that the Taser
18 weapon causes muscle contractions?
19      A    Yes.
20      Q    Would you agree that postmortem
21 blood tests of potassium are invalid?
22      A    Of course.
23      Q    For the jury, catecholamines, for
24 their understanding, are adrenaline and
25 noradrenaline?

Page 119

1           Wetli, M.D.
2           MR. BRAVE:  Object to form.
3       Q    And that might not be exactly
4  precise, but for the jury to understand?
5       A    Right.  For all practical purposes
6  in the context we're talking about, the answer
7  is yes.
8       Q    Would you agree that when you're
9  in pain, you produce adrenaline?
10      A    No, I wouldn't agree with that.
11      Q    Would you agree that the Taser
12 stimulates or acts on the nervous system?
13          MR. BRAVE:  Objection.
14      Form.
15          THE WITNESS:  It interferes
16      with the peripheral nervous system,
17      yes.
18      Q    Would you agree with Dr. Demaio
19 that repeatedly subjecting somebody to a device
20 that causes the release of adrenaline can
21 contribute to the hyperadrenergic state?
22          MR. BRAVE:  Objection.
23      Form.
24          THE WITNESS:  The way you
25      stated it, I would have to agree.

Page 120

1           Wetli, M.D.
2       Q    Do you agree that the
3  catecholamines are released by the excited
4  delirium?
5       A    Yes.
6       Q    And do you agree that there's
7  additional release of catecholamines due to the
8  struggle?
9       A    Well --
10      Q    If there is a police struggle?
11          MR. BRAVE:  Objection.
12      Form.
13          THE WITNESS:  It could
14      possibly heighten it.  If a person
15      has antecedent events, it could also
16      be that they've already achieved
17      their maximum as far as
18      catecholamines go.  And then the
19      police presence would not increase
20      it anymore.  This is something
21      that's never been studied, so you
22      can only speculate.
23      Q    Do you consider the Taser
24 applications a part of the struggle?
25      A    Yes.

Page 121

1           Wetli, M.D.
2       Q    Do you have any opinion today as
3  to whether or not there was a delay, that the
4  delay in having paramedic Sainthill take Melinda
5  to the emergency room cause or contributed to
6  her death?
7           MR. BLEDSOE:  Objection to
8      form.
9           THE WITNESS:  I have no
10     opinions about that.
11      Q    Do you know Dr. Gowitt?
12      A    I think I met him once or twice.
13      Q    I'm sorry?
14      A    I think I met him once or twice.
15          (Whereupon, at 12:25 p.m., a
16      recess was taken to 12:45 p.m.)
17          (The deposition resumed with
18      all parties present.)
19 C H A R L E S  W E T L I, M. D.,    resumed
20     and testified further as follows:
21 BY MS. FRAZIER:
22      Q    Dr. Wetli, you were provided
23 certain information or the Rule 26 report of
24 plaintiff's use of force expert.  I believe
25 you've indicated that you're not an expert in

31 (Pages 118 to 121)

Fink & Carney Reporting and Video Services
39 West 37th Street * New York, New York 10018         (800) NYC-FINK * Fax: (212) 869-3063