# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Ruby Mann, as Administrator of the Estate of Melinda Neal Fairbanks and Guardian of Haley Nicole Fairbanks, Minors; John William Fairbanks, Jr. Individually and as Spouse of Melinda Neal Fairbanks, Deceased; | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 4:05-cv-273-HLM |
| Taser International, Inc.; Joe Burge Individually and in His Official Capacity as Deputy Sheriff of Whitfield County; Shawn Giles Individually and in His Official Capacity as Deputy Sheriff of Whitfield County; Claude Craig Individually and in His Official Capacity as Deputy Sheriff of Whitfield County; Terry Storey Individually and in the Official Capacity as Deputy Sheriff of Whitfield County; Scott Chitwood Individually and in the Official Capacity as Deputy Sheriff of Whitfield County; Phillip Herren as Lt. Sheriff of Whitfield County, Individually and his Official Capacity; DGG Taser and Tactical Supply Co., f/k/a DGG Taser, Inc. ; Suzanne Parker Individually and her offical capacity as Deputy Sheriff of Whitfield County; | |
| Defendants. | |

AMENDED **J U D G M E N T**

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of Defendants Taser International, Inc., and Defendant DGG Taser and Tactical Supply Co.'s motion for summary judgment, Defendants Burge, Chitwood, Craig, Herren, Parker, and Storey's motion for summary judgment, and said motions having been granted and Defendants Taser International, Inc. and DGG Taser and Tactical Supply Co. being dismissed, and the Court dismissing without prejudice the counterclaim asserted against Plaintiff Fairbanks by Defendants Burge, Chitwood, Craig, Herren, Parker, and Storey, it is

**Ordered and Adjudged** that Plaintiffs take nothing and Defendants recover the costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Rome, Georgia, this 4th day of December, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: S/ Brenda Hambert
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 4, 2008
JAMES N. HATTEN
Clerk of Court

By:  S/Brenda Hambert
     Deputy Clerk